United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **NELVIS MONTOYA,** § | |
| § | |
| *Plaintiff,* § | |
| **VS.** § | **CIVIL ACTION NO. 4:26-cv-01181** |
| § | |
| **U.S. DEPARTMENT OF HOMELAND** § | |
| **SECURITY, et al.,** § | |
| § | |
| *Defendants.* § | |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal without Prejudice of its claims in this action against Defendants. ECF No. 12. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 3rd of August, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE